GELSOMINA FIERAMOSCA v. E. J. KORVETTES.

March 13, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. ALFONSO DEVORE.

March 13, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v.
ARNOLD J. STEINHAUS.

March 13, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. MARY MANGOLD.

March 13, 1979.  Petition for certification granted.  (See 164 *N.J.Super.* 74)

STATE OF NEW JERSEY v. JEROME MCGOWAN.

March 13, 1979.  Petition for certification denied.

MARIA VALLILLO v. G. THOMAS RITI.

March 13, 1979.  Petition for certification denied.